UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARVIN V. ARIRI,**

    **Plaintiff,**

**v.**                                            **CASE NO:  8:08-CV-720-T-30TBM**

**JETSTREAM,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  An Order was entered on April 18, 2008, (Dkt. #4) which dismissed the Complaint and gave the Plaintiff twenty (20) days in which to file an Amended Complaint.  The deadline for filing an Amended Complaint has passed.  As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 4, 2008.

                                                     JAMES S. MOODY, JR.
                                                     UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2008\08-cv-720.dismissal.wpd*